**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS; WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
|    MONICA DICKERSON | ) | CASE NO. 11B81580 |
| | ) | |
|                     DEBTOR | ) | JUDGE THOMAS M LYNCH |
| _____ | ) | _____ |
| | ) | |
|    MONICA DICKERSON | ) | |
| | ) | |
|                     PLAINTIFF | ) | ADVERSARY NO. 13-96050 |
|             V. | ) | |
| US BANK NATIONAL ASSOCIATION, | ) | |
| as successor trustee to Bank of America, | ) | |
| as successor trustee to LaSalle Bank NA, as | ) | |
| Trustee for the Merrill Lynch First Franklin | ) | |
| Mortgage Loan Trust, Mortgage Loan Asset- | ) | |
| Backed Certificates, BANK OF AMERICA | ) | |
| CORPORATION, & MORTGAGE | ) | |
| ELECTRONIC REGISTRATION | ) | |
| SYSTEMS, INC., as Nominee | ) | |
|                    DEFENDANTS | ) | |
| _____ | ) | _____ |

## NOTICE OF MOTION

TO: Monica Dickerson, 327 Candlewick Drive N.E., Poplar Grove, IL 61065 via First Class Mail

Brian T. Moynihan, CEO, Bank of America Corporation, 100 N. Tryon Street, Charlotte, NC 28255 via Certified Mail Return Receipt Requested

& Attached Service List

     PLEASE TAKE NOTICE that on June 28, 2013 at 9:00 a.m. I shall appear before the Honorable Thomas M. Lynch, or any other Judge sitting in his place and stead in Courtroom 3100 at the Stanley J. Roszkowski United States Courthouse, 327 South Church Street, Rockford, Illinois 61101 and then and there present the attached motion.

                                                                                                                             ***/s/Daniel B. Roth***
                                                                                                                               DANIEL B. ROTH

## AFFIDAVIT OF SERVICE

     The undersigned attorney certifies that he served a copy of the attached motion and this Notice of Motion on the above named person(s) and those on the Attached Service List either by ECF service where indicated or by placing a copy of said documents in an envelope addressed as stated above, via the mail services indicated, postage prepaid, and placing the same in the U.S. Mail on or before June 21, 2013 at 5:00 p.m.

                                                                                                                             ***/s/Daniel B. Roth***
                                                                                                                               DANIEL B. ROTH

Daniel B. Roth
Daniel B. Roth, Attorney At Law
115 S. LaSalle St, Suite 2600
Chicago, IL 60603
773 727-2140
dan@danielrothesq.com

## **SERVICE LIST**

Richard K Davis, President,
US Bank, NA, as Trustee,
800 Nicollet Mall,
Minneapolis, MN 55402 via Certified Mail Return Receipt Requested

Richard K Davis, President,
US Bank, NA, as Trustee,
425 Walnut Street, Floor 1,
Cincinnati, OH 45202-3923 via Certified Mail Return Receipt Requested

Mortgage Electronic Registration Systems, Inc,
c/o Genpact Registered Agent, Inc, as Registered Agent,
1901 E Voorhees Street, Suite C,
Danville, IL 61834 via First Class Mail

William Beckmann, President,
Mortgage Electronic Registration Systems, Inc,
1818 Library Street, #300,
Reston, VA 20190 via First Class Mail

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS; EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
|    MONICA DICKERSON | ) | CASE NO. 11B81580 |
| | ) | |
|                     DEBTOR | ) | JUDGE THOMAS M LYNCH |
| _____ | )_____ | |
| | ) | |
| MONICA DICKERSON | ) | |
| | ) | |
|                    PLAINTIFF | ) | ADVERSARY NO. 13-96050 |
|    V. | ) | |
| US BANK, NATIONAL ASSOCIATION, | ) | |
| as Successor Trustee to Bank of America, | ) | |
| as Successor Trustee to LaSalle Bank, NA, | ) | |
| as Trustee for the Merrill Lynch First | ) | |
| Franklin Mortgage Loan Trust, Mortgage | ) | |
| Loan Asset-Backed Certificates, BANK OF | ) | |
| AMERICA CORPORATION, & | ) | |
| MORTGAGE ELECTRONIC | ) | |
| REGISTRATION SYSTEMS, INC., as | ) | |
| Nominee | ) | |
|                  DEFENDANTS | ) | |
| _____ | )_____ | |

**MOTION FOR DEFAULT AND ENTRY OF JUDGMENT IN FAVOR OF MONICA DICKERSON AND AGAINST DEFENDANTS AS TO ADVERSARY COMPLAINT TO DETERMINE NATURE AND EXTENT OF LIEN AND AVOID JUNIOR MORTGAGE OF US BANK, NATIONAL ASSOCIATION, as Successor Trustee to Bank of America, as Successor Trustee to LaSalle Bank, NA, as Trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, BANK OF AMERICA CORPORATION, & MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as Nominee**

     NOW COMES THE DEBTOR, Monica Dickerson , by and through her attorney, Daniel B. Roth, and moves this Honorable Court for entry of an order of Default and Entry of Judgment in favor of Plaintiff Monica Dickerson and against US Bank, National Association, as Successor Trustee to Bank of America, as Successor Trustee to LaSalle Bank, NA, as Trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates (hereinafter "US Bank"), Bank of America Corporation, & Mortgage Electronic Registration Systems, Inc., as Nominee (hereinafter "MERS") and in support of her motion, states as follows:

     1.   The Debtor in the underlying case, Monica Dickerson, filed a Chapter 13 bankruptcy petition on July 29, 2011, in the Northern District of Illinois, Eastern

      Division as case number 11 B 81580. Monica Dickerson is the Plaintiff in this case.

2. On May 22, 2013, the Plaintiff, Monica Dickerson, filed the attached Complaint to Determine Nature and Extent of Lien and Avoid Junior Mortgage of US Bank, Bank of America Corporation, and MERS . The Complaint is attached hereto as Exhibit A.
3. On May 23, 2013, the Defendant US Bank was served via certified mail. Proof of service was filed with the Bankruptcy Court and a copy is attached hereto as Exhibit B.
4. On May 23, 2013, the Defendant Bank of America Corporation was served via certified mail. Proof of service was filed with the Bankruptcy Court and a copy is attached hereto as Exhibit C.
5. On May 23, 2013, the Defendant MERS was served via certified mail and First Class Mail. Proof of service was filed with the Bankruptcy Court and a copy is attached hereto as Exhibit D.
6. Defendant was required to answer or otherwise plead on or before June 21, 2013.
7. No Defendant has filed an appearance or answered the complaint.
8. Based on the failure to answer or appear, Defendant has admitted each of the allegations contained in the complaint.
9. The Plaintiff is entitled to Judgment in his favor and against the Defendant.
10. The undersigned attorney has received communications from Defendant Bank of America Corporation who indicated no objection to the valuation of the property, but asked for an order substantially similar to the proposed order attached or presented as a substitute in Open Court.  No other Defendant has communicated with the undersigned attorney.

    WHEREFORE, Monica Dickerson prays that this Honorable Court enter an order finding the Defendants, US Bank, Bank of American Corporation, and MERS in Default and entering Judgment for the Plaintiff and against Defendants, US Bank, Bank of America Corporation, and MERS, and for any other relief this Honorable Court deems necessary and just.

                                                                   Respectfully Submitted,

                                                                     */s/Daniel B. Roth*
                                                                     DANIEL B ROTH

Daniel B. Roth
Daniel B. Roth, Attorney At Law
115 S. LaSalle St, Suite 2600
Chicago, IL 60603
773 727-2140
dan@danielrothesq.com